IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY HENDERSON,** | ) | |
| **AIS # 286225,** | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:21-00036-JB-N |
| | ) | |
| **SANDRA LETT,** *LPN*, | ) | |
|    Defendant. | ) | |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 27) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated February 15, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, the following is **ORDERED**:

- The Clerk of Court is **DIRECTED** to update the docket to identify the Defendant as "Sandra Lett, LPN;"

- Plaintiff Corey Henderson's motion for summary judgment (Doc. 24) is **DENIED**;

- Summary judgment is **GRANTED** in favor of Defendant Lett on Henderson's claim for deliberate indifference under 42 U.S.C. § 1983, which is accordingly **DISMISSED with prejudice**;

- The Court declines to continue exercising supplemental jurisdiction over any state law claims Henderson may be asserting, and those claims are therefore **DISMISSED without prejudice**; and

- Henderson's discovery requests (Doc. 26) and motion to proceed in forma pauperis (Doc.

25) are **DENIED as MOOT**.[1]

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 10th day of March, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In concurring with the recommendation of denial of Henderson's discovery requests (Doc. 26), the Court specifically finds any additional discovery could not overcome Henderson's affirmative acknowledgment that Lett believed he was malingering, was skeptical of his symptoms, and "immediately admitted" him to the infirmary after she discovered his high blood pressure.